19665.   FOUNTAIN *v.* GEORGIA MARBLE COMPANY *et al.*

MOBLEY, Justice.   Certiorari was granted in the instant case and in *Royal Indemnity Co.* v. *Coulter*, 213 *Ga.* 277 because of a conflict in the decisions of the Court of Appeals as to what constitutes the notice required to be given by Code § 114-303. The decision of the Court of Appeals in the *Coulter* case was reversed.   In the instant case it was correctly held that the notice required to be given by Code § 114-303 is notice of an injury by accident arising out of and in the course of the employment, and the judgment of the Court of Appeals is affirmed.

*Judgment affirmed.   All the Justices concur.*

ARGUED MAY 13, 1957—DECIDED JUNE 12, 1957.

Certiorari to Court of Appeals—95 *Ga. App.* 21.

*Smith, Field, Doremus & Ringel, Palmer H. Ansley, Richard D. Carr*, for plaintiff in error.

*Marshall, Greene & Neely, Edgar A. Neely, Jr.*, contra.